IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JESSE BROWN, <br><br> Plaintiff, <br><br> vs. <br><br> MATTINGLY TESTING SERVICES, INC,. (MTS, INC.), a Montana Business Corporation, <br><br> Defendant. | Cause No.: CV 10-110-RFC-CSO <br><br><br> **ORDER** |

    Upon Stipulation for Dismissal entered into by Plaintiff and Defendant and good cause appearing therefore,

    IT IS HEREBY ORDERED that the above matter is dismissed with prejudice, as fully settled on the merits, with each party to pay their own costs and attorneys fees.

Dated this ____ day of May 2011.

RICHARD F. CEBULL
U.S. DISTRICT COURT JUDGE